

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2018

No. 04-18-00526-CV

**SSOE, INC.,**
Appellant

v.

**TOKIO MARINE AMERICA INSURANCE CO.** and Mitsui Subitomo
Insurance Co. of America, as subrogees of Toyota Motor North
America, Inc., and Toyota Motor Manufacturing, Texas, Inc.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08737
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due October 3, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court